# John L. Russo
*Attorney at Law*
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204 · 2310
Email:   *JLRussoPC@Gmail.com*

**Counsel**
Milton Florez, Esq.
Michael Horn, Esq.

**Paralegal**
Maria Nunez, B.S

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  September 18, 2023
```

September 15, 2023

**Via ECF Only**
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

   Re: **U.S. v. Ruben Rubinov**
       **Docket No.: .: 17-CR-00356 (KMW)**

Your Honor:

   This office represents Ruben Rubinov, the defendant in the above referenced matter who has been under U.S. Probation supervision (following a term of incarceration) since May of 2022 without incident.

   **We write to request the Court's permission for Mr. Rubinov to travel - from October 10, 2023 through October 20, 2023 – to Israel with his Father to observe the Jewish holiday and visit with aging family**.  I have spoken with AUSA Scott Hartman and communicated with USPO Michael Cronin on this request and neither has any objection to the requested travel.

   The Court's consideration of this request is respectfully appreciated.   Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)
For Ruben Rubinov

Cc: AUSA Scott Hartman (Via E-Mail)
    Probation Officer Michael Cronin (Via E-Mail)

**SO ORDERED.**

**Dated: New York, New York**
**September 18, 2023**

**Defendant's request to travel is GRANTED.**

**/s/ Kimba M. Wood**
**KIMBA M. WOOD**
**United States District Judge**