**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

# JOHN L. RUSSO
*Attorney at Law*
J.L. Russo, P.C.
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

**PARALEGAL**
Maria Nunez, B.S

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/23

December 18, 2023

**Via ECF Only**
Honorable Kimba M. Wood
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

   Re: **U.S. v. Ruben Rubinov**
       **Docket No.: 17-CR-00356 (KMW)**

Your Honor:

   This office represents Ruben Rubinov, the defendant in the above referenced matter who has been under U.S. Probation supervision (following a term of incarceration) since May of 2022 without incident.

   **We write to request the Court's permission for Mr. Rubinov to travel - from January 28, 2024 through February 14, 2024 – to Colombia with his Fiancé to present himself to her family and get their blessing on the marriage.** The Court may recall, Mr. Rubinov was approved to travel to Israel in October but was prevented from doing so because of the armed conflict which continues to rage in Gaza. I have spoken with **AUSA Scott Hartman (who has no objection to the requested travel)** and with **USPO Darren Galerkin (who has approved the requested travel).**

*Granted*

   The Court's consideration of this request is respectfully appreciated. Thank you.

                                               Yours truly,

                                               *John Russo*

                                               John L. Russo (JR6200)
                                               For Ruben Rubinov

cc: AUSA Scott Hartman (Via E-Mail)
    Probation Officer Darren Galerkin (Via E-Mail)

**MEMO ENDORSED**

SO ORDERED: N.Y., N.Y. 12/19/23

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.